UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26CR151 LMP|LIB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 113(a)(7) |
| | ) | 18 U.S.C. § 113(a)(8) |
| v. | ) | 18 U.S.C. § 117 |
| | ) | 18 U.S.C. § 1151 |
| LUKAS DEVLEN FINEDAY, | ) | 18 U.S.C. § 1153(a) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Assault of an Intimate Partner Causing Substantial Bodily Injury)

On or about June 21, 2026, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**LUKAS DEVLEN FINEDAY**,

an Indian person, did assault VICTIM, an intimate partner or dating partner, and caused substantial bodily injury to VICTIM, all in violation of Title 18, United States Code, Sections 113(a)(7), 1151, and 1153(a).

**COUNT 2**
(Assault by Strangulation)

On or about June 21, 2026, in the state and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

LT SCANNED
AUG 2 6 2026
U.S. DISTRICT COURT MPLS

**LUKAS DEVLEN FINEDAY,**

an Indian person, did assault VICTIM, an intimate partner, by strangling and suffocating VICTIM or by attempting to strangle and suffocate VICTIM, all in violation of Title 18, United States Code, Sections 113(a)(8), 1151, 1153(a).

**<u>COUNT 3</u>**
(Domestic Assault by a Habitual Offender Resulting in Substantial Bodily Injury)

On or about June 21, 2026, in the state and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**LUKAS DEVLEN FINEDAY,**

an Indian person, who had previously been convicted on at least two separate occasions of Federal, State or Indian tribal court for offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, or serious violent felony against a spouse or intimate partner or an offense under the Interstate Domestic Violence and Stalking laws, namely:

| Offense | Court of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Domestic Assault 03-CR-03-584 | Becker County Court | September 13, 2018 |
| Domestic Assault—By Strangulation 03-CR-23-845 | Becker County Court | January 8, 2024 |

did commit a domestic assault resulting in substantial bodily injury against

VICTIM, also an Indian, with whom the defendant was similarly situated to a spouse, in violation of Title 18, United States Code, Sections 117 and 1151.

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON